(122 So. 917)

**ALABAMA POWER CO. v. TOWN OF LEEDS.** (6 Div. 169.)

Supreme Court of Alabama. June 27, 1929.

Martin, Thompson, Turner & McWhorter, of Birmingham, for appellant.

W. L. Acuff, of Leeds, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(122 So. 917)

**ALBERTVILLE TRADING CO. v. F. N. CRITCHER.** (8 Div. 118.)

Supreme Court of Alabama. May 30, 1929.

Street, Bradford & Street, of Guntersville, for petitioner.

Thos. E. Orr, of Albertville, opposed.

PER CURIAM. Petition of the Albertville Trading Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Albertville Trading Co. v. Critcher, 122 So. 919.

Writ denied, on authority of Postal Tel. Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(122 So. 917)

**Ex parte Wm. B. ALLEN.** (8 Div. 108.)

Supreme Court of Alabama. May 9, 1929.

Douglass Taylor, of Huntsville, and E. W. Godbey, of Decatur, for petitioner.

PER CURIAM. Alternative writ of mandamus denied; petition dismissed.

(122 So. 917)

**ARK–ALA LUMBER CO. v. W. E. RODGERS.** (5 Div. 9.)

Supreme Court of Alabama. May 9, 1929.

Jas. W. Strother, of Dadeville, for appellant.

Albert Hooton, of Dadeville, for appellee.

PER CURIAM. Affirmed.

ANDERSON, C. J., and SAYRE, THOMAS, and FOSTER, JJ., concur.

(121 So. 915)

**Sam ARNETT et al. v. Sam CARGO.** (6 Div. 774.)

Supreme Court of Alabama. March 19, 1929.

PER CURIAM. Appeal dismissed by appellant.

(121 So. 915)

**Giles BARKER v. STATE.** (7 Div. 882.)

Supreme Court of Alabama. April 11, 1929.

Merrill & Jones, of Anniston, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Giles Barker for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Barker v. State, 121 So. 919.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(121 So. 915)

**John W. BEVIS et al. v. W. Ben WILKES.** (8 Div. 70.)

Supreme Court of Alabama. March 19, 1929.

PER CURIAM. Affirmed on certificate.